NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PRIME TIME TOYS LLC, PRIME TIME TOYS LTD., EASEBON SERVICES LTD.,**
*Appellants*

**v.**

**SPIN MASTER, INC.,**
*Appellee*

_____

2026-1236, 2026-1238, 2026-1239

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01339, IPR2023-01348, IPR2023-01461.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                    PRIME TIME TOYS LLC v. SPIN MASTER, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

February 23, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 23, 2026